THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RODNEY J. HARRIS,

      Plaintiff,

v.                          3:20-CV-1119
                               (JUDGE MARIANI)
DETECTIVE RAYMOND, et al.,

      Defendants.

## ORDER

AND NOW, THIS **3rd** DAY OF SEPTEMBER, 2020, upon review of Magistrate Judge Mehalchick's Report and Recommendation ("R&R") (Doc. 7) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 7) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

3. This Clerk of Court is directed to **CLOSE** this case.

                                                             Robert D. Mariani
                                                             United States District Judge